UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JEFFREY A. JONES, Plaintiff,

v. Civil Action No. 3:15-cv-P300-DJH

JAILOR DANNY ALLEN *et al.*, Defendants.

\* \* \* \* \*

**MEMORANDUM OPINION**

Plaintiff Jeffrey A. Jones, a *pro se* prisoner, initiated this civil action under 42 U.S.C. § 1983.  Upon filing the instant action, he assumed the responsibility of keeping this Court advised of his current address and to actively litigate his claims.  *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel.  Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

The Clerk of Court sent mailings to Plaintiff on April 20, 2015, and May 15, 2015.  The mailings were returned by the United States Postal Service marked "Return to Sender."  Plaintiff apparently is no longer housed at his address of record, and he has not advised the Court of a change of address.  Therefore, neither notices from this Court nor filings by Defendants in this action can be served on Plaintiff.  In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief."  *Link v. Wabash R.R. Co.*, 370 U.S. 626,

630 (1962). Because it appears to this Court that Plaintiff has abandoned any interest in prosecution of this case, the Court will dismiss the case by separate Order.

Date: June 23, 2015

David J. Hale, Judge
United States District Court

cc: Plaintiff, *pro se*
4415.010